*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
FULTON, CRISFIELD, and GEIS,
Appellate Military Judges

———————————

**UNITED STATES**
Appellee

**v.**

**Jason L. YUKNIS**
Seaman (E-3), U.S. Navy
Appellant

**No. 201900022**

Decided: 27 June 2019.

Appeal from the United States Navy-Marine Corps Trial Judiciary. Military Judge: Captain Warren A. Record, JAGC, USN. Sentence adjudged 19 October 2018 by a special court-martial convened at Naval Air Station Pensacola, Florida consisting of a military judge sitting alone. Sentence approved by the convening authority: reduction to E-1, forfeiture of $1,000.00 pay per month for 7 months, confinement for 7 months,[1] and a bad-conduct discharge.

For Appellant: Captain W. Scott Laragy, JAGC, USN.

For Appellee: Brian K. Keller, Esq.

———————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————

---

[1] The Convening Authority suspended all forfeitures and the confinement in excess of 6 months pursuant to a pretrial agreement.

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to the appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866. However, we note that the court-martial order (CMO) does not accurately reflect the dates of appellant's absence without authority in any of the three specifications of Charge I. Although we find no prejudice from these scrivener's errors, apparently caused by a lack of proper attention to detail in the post-trial processing, the appellant is entitled to have court-martial records that correctly reflect the content of his proceeding. *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998). Accordingly, we order correction of records in this case to accurately reflect the specifications of Charge I.

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court